## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AARON MCCOY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DETECTIVE KEENYA TAYLOR,** | : | |
| **DETECTIVE/SERGEANT JOSEPH** | : | |
| **JENKINS, POLICE OFFICER WALTER** | : | |
| **BOSAK, CITY OF PHILADELPHIA, and** | : | |
| **JOHN AND/OR JANE DOE POLICE** | : | |
| **PERSONNEL (1-5)** | : | **NO. 18-4123** |

## ORDER

**NOW**, this 22nd day of October, 2018, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (Document No. 3), and the plaintiff having filed an amended complaint (Document No. 5), it is **ORDERED** that the motion is **DENIED**.

/s/TIMOTHY J. SAVAGE