IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON MCCOY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DETECTIVE KEENYA TAYLOR, DETECTIVE/SERGEANT JOSEPH JENKINS, POLICE OFFICER WALTER BOSAK, CITY OF PHILADELPHIA, and JOHN AND/OR JANE DOE POLICE PERSONNEL (1-5) | : | NO. 18-4123 |

## ORDER

**NOW**, this 20th day of June, 2019, upon consideration of Defendants' Motion for Summary Judgment (Document No. 15), the plaintiff's response, the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant Detective Keenya Taylor and against the plaintiff Aaron McCoy.

/s/ TIMOTHY J. SAVAGE J.