IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON MCCOY,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DETECTIVE KEENYA TAYLOR, DETECTIVE/SERGEANT JOSEPH JENKINS, POLICE OFFICER WALTER BOSAK, CITY OF PHILADELPHIA, AND JOHN AND/OR JANE DOE, PHILADELPHIA POLICE PERSONNEL (1-5)<br><br>　　　　Defendant. | Civil Action<br>No. 1:18-CV-04123-TJS |

## NOTICE OF APPEAL

Notice is hereby given that Aaron McCoy, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the June 20, 2019, Order (Dkt. No. 18-4123) entering judgment in favor of Defendant Detective Keenya Taylor and against the Plaintiff Aaron McCoy granting Defendant's Motion for Summary Judgement.

Respectfully submitted,

/*s*/ Timothy C. Alexander /
Timothy C. Alexander, Esquire
Attorney Identification No. 315716
Helmer, Conley & Kasselman, P.A.
107 West Broadway
Salem, New Jersey 08079
(856) 935-2244
timalexander@helmerlegal.com

Date: July 17, 2019　　　　　　　　　　Attorneys for Plaintiff Aaron McCoy

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON MCCOY,<br><br>    Plaintiff,<br><br>  v.<br><br>DETECTIVE KEENYA TAYLOR, DETECTIVE/SERGEANT JOSEPH JENKINS, POLICE OFFICER WALTER BOSAK, CITY OF PHILADELPHIA, AND JOHN AND/OR JANE DOE, PHILADELPHIA POLICE PERSONNEL (1-5)<br><br>    Defendant. | Civil Action<br>No. 1:18-CV-04123-TJS |

CERTIFICATE OF SERVICE

I hereby certify that on the date below, the Plaintiff's Notice of Appeal was filed via the Court's electronic filing system and is available for downloading by all parties of record.

            Respectfully submitted,

            /s/ Timothy C. Alexander /
            Timothy C. Alexander, Esquire
            Attorney Identification No. 315716
            Helmer, Conley & Kasselman, P.A.
            107 West Broadway
            Salem, New Jersey 08079
            (856) 935-2244
            timalexander@helmerlegal.com
Date: July 17, 2019       Attorneys for Plaintiff Aaron McCoy